**FILED**
September 16, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Christian Rodriguez
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MODULUS FINANCIAL ENGINERING, INC., MODULUS GLOBAL, INC., | § | |
| Plaintiffs, | § | |
| v. | § | 1:24-CV-362-RP |
| NVIDIA CORPORATION, | § | |
| Defendant. | § | |

**ORDER**

Before the Court is the order and report and recommendation, (Dkt. 243), of United States Magistrate Judge Dustin Howell, which contains orders concerning Plaintiffs Modulus Financial Engineering, Inc. ("MFE") and Modulus Global, Inc.'s ("MG," and with MFE, "Modulus") motion to exclude the expert opinion of Itamar Simonson, (Dkt. 171); Modulus's motion to exclude the expert opinion of Shawn Olds, (Dkt. 172); and Defendant NVIDIA Corporation's ("NVIDIA") motion to exclude the expert opinion of Alexander Clemons, (Dkt. 174), and contains recommendations concerning Modulus's motion for summary judgment, (Dkt. 173); NVIDIA's motion for summary judgment as to Plaintiffs' request for legal damages, (Dkt. 175); and NVIDIA's motion for summary judgment as to Plaintiffs' request for equitable relief, (Dkt. 176). Plaintiffs Modulus and Defendant NVIDIA each timely filed objections to the order and report and recommendation. (Objs., Dkts. 248, 249).[1]

As to Magistrate Judge's orders concerning the motions to exclude the expert opinions, a district judge may reconsider any pretrial matter determined by a magistrate judge where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law. 28 U.S.C. §

[1] While Plaintiffs Modulus "object" to the Magistrate Judge's orders concerning the motions to exclude the expert opinions, (Obj., Dkt. 248, at 7, 18), this Court has interpreted those objections as appeals.

636(b)(1)(A). District courts apply a "clearly erroneous" standard when reviewing a magistrate judge's ruling under the referral authority of that statute. *Castillo v. Frank*, 70 F.3d 382, 385 (5th Cir. 1995). The clearly erroneous or contrary to law standard of review is "highly deferential" and requires the court to affirm the decision of the magistrate judge unless, based on the entire evidence, the court reaches "a definite and firm conviction that a mistake has been committed." *Gomez v. Ford Motor Co.*, No. 5:15-CV-866-DAE, 2017 WL 5201797, at *2 (W.D. Tex. Apr. 27, 2017) (quoting *United States v. United States Gypsum Co.*, 333 U.S. 364, 395 (1948)). Upon its own review, this Court finds that the Magistrate Judge's orders were not clearly erroneous or contrary to law.

The Court therefore **AFFIRMS** the order granting the motion to exclude the expert opinion of Alexandra Clemons, (Dkt. 174), and the orders dismissing as moot without prejudice the motions to exclude the expert reports of Itamar Simonson and Shawn Olds, (Dkts. 171, 172), and **DENIES** Modulus's appeal, (Dkt. 248).

As to Magistrate Judge's recommendations concerning the motions for summary judgment, a party may serve and file specific, written objections to a magistrate judge's findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure *de novo* review by the district court. 28 U.S.C. § 636(b)(1)(C). Because Plaintiffs Modulus and Defendant NVIDIA timely objected to the report and recommendation, the Court reviews the report and recommendation *de novo*. Having done so and for the reasons given in the report and recommendation, the Court overrules both parties' objections and adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** that the report and recommendation of United States Magistrate Judge Dustin Howell, (Dkt. 243), is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiffs Modulus's motion for summary judgment, (Dkt. 173), is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant NVIDIA's motion for summary judgment as to Plaintiffs' request for legal damages, (Dkt. 175), is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant NVIDIA's motion for summary judgment as to Plaintiffs' request for equitable relief, (Dkt. 176), is **DENIED**.

**SIGNED** on September 16, 2026.



ROBERT PITMAN
UNITED STATES DISTRICT JUDGE