**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| **MODULUS FINANCIAL ENGINEERING, INC. et al.,**<br><br>Plaintiffs,<br>v.<br><br>**NVIDIA CORP.,**<br><br>Defendant. | Case No. 1:24-cv-362-RP |

**JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT**

Plaintiffs Modulus Financial Engineering, Inc. and Modulus Global, Inc. and Defendant NVIDIA Corp. have reached a settlement regarding all matters in controversy between them.

Accordingly, the Parties respectfully request that the Court stay all deadlines, including any deadlines as of the date of this filing, for thirty (30) days while they complete the settlement process so that appropriate dismissal papers can be filed.

September 25, 2026

Respectfully Submitted,

*/s/ James R. Leahy*
Jered Matthysse (Texas Bar No. 24072226)
PIRKEY BARBER PLLC
1801 E. 6th Street, Suite 300
Austin, Texas 78702
Telephone: (512) 332-5200
jmatthysse@pirkeybarber.com

Robert H. Thornburg (Pro Hac Vice)
Giulia Farrior (Pro Hac Vice)
James R. Leahy (Pro Hac Vice)
ALLEN DYER DOPPELT + GILCHRIST
PA121 Alhambra Plaza, Suite 1250
Coral Gables, Florida 33134

Respectfully Submitted,

*/s/ Bradley D. Coburn*
Bradley D. Coburn (Texas Bar No. 24036377)
SHELTON COBURN LLP
311 RR 620 S, Suite 200
Austin, TX 78734
Telephone: (512) 453-6402
coburn@sheltoncoburn.com

John M. Desmarais (Pro Hac Vice)
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
Telephone: (212) 351-3400
JDesmarais@desmaraisllp.com

Telephone: (305) 374-8303
rthornburg@allendyer.com
gfarrior@allendyer.com
jleahy@allendyer.com

*Attorneys for Plaintiffs*

Adam Steinmetz (Pro Hac Vice)
Sumeet Dang (Pro Hac Vice)
Atifah Safi (Pro Hac Vice)
Patrick Walters (Pro Hac Vice)
DESMARAIS LLP
1899 Pennsylvania Ave, NW, Suite 400
Washington, D.C. 20006
Telephone: (202) 451-4900
ASteinmetz@desmaraisllp.com
ASafi@desmaraisllp.com
PWalters@desmaraisllp.com

Eric J. Ball (Pro Hac Vice)
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
eball@fenwick.com

Garner Kropp (Pro Hac Vice)

FENWICK & WEST LLP
One Front Street, 33rd Floor
San Francisco, CA 94111
Telephone: (415) 875-2300
gkropp@fenwick.com

*Attorneys for Defendant*

**CERTIFICATE OF CONFERENCE**

The undersigned counsel certifies that on September 25, 2026, counsel for Defendant conferred with counsel for Plaintiffs, and the Parties have agreed to file this motion jointly.

*/s/ Bradley D. Coburn*
Bradley D. Coburn

**CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2026, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

*/s/ Bradley D. Coburn*
Bradley D. Coburn